UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 23-5873 DSF (KS)                                  Date: January 18, 2024

Title   *Josephine Reyes v. City of Long Beach*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On July 20, 2023, Plaintiff, a California resident proceeding *pro se* and *in forma pauperis*, filed a Complaint pursuant to 42 U.S.C. § 1983 (the "Complaint"). (Dkt. No. 1.) On October 12, 2023, the Court dismissed the Complaint with leave to amend, and on November 9, 2023, Plaintiff filed a First Amended Complaint ("FAC"). (Dkt. Nos. 8-9.) On November 28, 2023, the Court dismissed the FAC but again granted Plaintiff leave to amend. (Dkt. No. 10.) The Court set a deadline of 30 days for Plaintiff to file a Second Amended Complaint ("SAC"), or December 28, 2023. (*Id.* at 8.) The Court also warned Plaintiff in bold letters that the "failure to timely comply with this Order may result in a recommendation of dismissal." (*Id.* at 9.)

More than two weeks have now passed since Plaintiff's deadline to file her SAC. Plaintiff has neither filed the SAC nor requested an extension of time to do so.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Thus, the Court could properly recommend dismissal of the action for Plaintiff's failure to comply with the Court's November 28, 2023 Order granting leave to amend.

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before February 19, 2024**, why the Court should not recommend that the action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff's response to this Order to Show Cause must include either: (1) a request for an extension of time to file her SAC accompanied by a sworn declaration **that establishes good cause** for both Plaintiff's failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 23-5873 DSF (KS)                                    Date: January 18, 2024

Title   *Josephine Reyes v. City of Long Beach*

timely file the SAC and her need for additional time; *or* (2) a complete SAC that fully complies with the Local Rules, Federal Rules of Civil Procedure, and this Court's orders.

Alternatively, if Plaintiff concludes she is currently unable to comply with the deadlines necessary for prosecuting this action, Plaintiff may discharge this Order and dismiss this case without prejudice by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**Plaintiff is expressly cautioned that the failure to respond to this Order WILL result in a recommendation of dismissal based on Rule 41 of the Federal Rules of Civil Procedure.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |