JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE REYES,<br>　　　Plaintiff,<br><br>　　　　v.<br><br>CITY OF LONG BEACH, et al.,<br>　　　Defendants. | CV 23-5873 DSF (KS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is DISMISSED with prejudice.

IT IS SO ORDERED.

Date: May 16, 2024

_____
Dale S. Fischer
United States District Judge